UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edward M. Hines,

v. Civil No. 99-1971(DSD/JMM)

Metro Work Center,Inc..

------------------------------

Edward M. Hines,

v. Civil No. 00-848(ADM/AJB)

Metro Work Center, Inc.

**ORDER FOR REASSIGNMENT OF COMPANION CASE**

Case No. 99-1971(DSD/JMM) having been assigned to Judge David S. Doty and Case No. 00-848(ADM/AJB) having later been assigned to Judge Ann D. Montgomery, and said matters being companion cases,

**IT IS HEREBY ORDERED** that Case No. 00-848(ADM/AJB) be assigned to Judge Doty, nunc pro tunc, without use of the case assignment system.

**IT IS FURTHER ORDERED** pursuant to this Court's Assignment of Cases Order dated February 26, 1997, the Clerk of Court shall void and reuse a card on the Civil Rights list of the automated case assignment system.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: May 4, 2000

David S. Doty, Judge
United States District Court

Dated: May 8, 2000

Ann D. Montgomery, Judge
United States District Court

MAY 08 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd.
Deputy Clerk's Initials